### 9908.   PURTELL v. CITY OF ATLANTA.

BROYLES, P. J.   1. While some illegal evidence was admitted over the objections of the defendant, a new trial of the case is not required, since the legal evidence introduced demanded a finding by the recorder (exercising by virtue of his office the functions of both judge and jury) that the defendant had been carrying on the business of a private detective, or detective agency, within the meaning of sections 2024 and 2027 of the Code of the City of Atlanta of 1910, which make it an offense punishable by fine or imprisonment, or both, to engage in such a business without first obtaining a license as provided therein. And it was admitted by the defendant that he had not obtained such a license.

2. The judge of the superior court did not err in overruling the certiorari.

> *Judgment affirmed.   Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 8, 1918.

Certiorari; from Fulton superior court—Judge Bell.  April 12, 1918.

*Edgar A. Neely,* for plaintiff in error.

*J. L. Mayson, S. D. Hewlett,* contra.

---

### 9627.   BAILEY v. THE STATE.

BLOODWORTH, J.   1. When considered in connection with the entire charge of the court, the excerpts complained of contain no error which would require that the verdict be set aside.

2. There was ample evidence to authorize a verdict of voluntary manslaughter.

> *Judgment affirmed.   Broyles, P. J., and Harwell, J., concur.*
> DECIDED OCTOBER 9, 1918.

Conviction of manslaughter; from Early superior court—Judge Highsmith, presiding.

*Park & Stone,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.